IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:23-cr-11-MPM-JMV-1

LACHARLES RAMSEY

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

On petition of Clay Joyner, United States Attorney for the Northern District of Mississippi, in the above-entitled cause, it is hereby

ORDERED:

That a writ of habeas corpus ad prosequendum forthwith issue from this court directed to the Sheriff, Bolivar County Jail, Cleveland, Mississippi, the United States Marshal for the Northern District of Mississippi; and/or any other United States Marshal, commanding them to produce the body of LACHARLES RAMSEY (B/M, DOB 1996, SSN 7235), before this court at Oxford, Mississippi, on January 30, 2023, at 1:30 p.m., for an initial appearance on the indictment pending against her, and directing them to return forthwith thereafter the said LACHARLES RAMSEY (B/M, DOB 1996, SSN 7235) to the custody of the Sheriff, Bolivar County Jail, Cleveland, Mississippi, at the conclusion of the above cause.

This the 19th day of January, 2023.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE