**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**V.**                                                                                       **NO: 4:23-CR-11**

**LaCHARLES RAMSEY**                                                       **DEFENDANT**

**ORDER**

This matter is before the Court on the Defendant LaCharles Ramsey's Motion to Dismiss Indictment (ECF No. 29). Defendant Ramsey is charged with a single count of possessing a firearm after previously being convicted as a felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). (ECF No. 1). He seeks dismissal of the indictment under Federal Rule of Criminal Procedure 12 and *New York State Rifle & Pistol Association v. Bruen*, 142 S.Ct. 2111 (June 23, 2022). Mr. Ramsey contends that under *Bruen* and Fifth Circuit progeny *United States v. Rahimi*, 59 F.4th 443 (5th Cir. 2023) and *United States v. Daniels*, 77 F.4th 337 (5th Cir. 2023), § 922(g)(1) is unconstitutional as applied to him. The United States has responded in opposition to the motion (ECF No. 30).

For precisely the reasons Court detailed in its recent opinion in *United States v. Brown*, No. 4:23-cr-71 (N.D. Miss. Dec. 20, 2023) (ECF No. 53), the Court finds that Mr. Ramsey is not entitled to the relief he seeks.

**ACCORDINGLY, IT IS ORDERED**:

Defendant Ramsey's Motion to Dismiss Indictment (ECF No. 29) is **DENIED**.

**SO ORDERED AND ADJUDGED**, this the 27th day of December, 2023.

/s/Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**